UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. _03 10519 MEL_

THEODORE J. LAYCOCK, JONATHAN F.
HENRY and PETER F. ROBERTSON,

    Plaintiffs

v.

JONATHAN DICKERSON, ALBERT
WINTERS and LORETTA B. SCHAEFER, as
they are the duly elected BOARD OF
SELECTMEN of the Town of Marion and C.
ROBERT DAVIS, as he is the duly appointed
Fire Chief of the Town of Marion, and TOWN
OF MARION,

    Defendants

DEFENDANTS' ASSENTED-TO
MOTION PURSUANT TO
FED. R. CIV. P. 6(b) TO
ENLARGE TIME

LASKER, D.J.
MOTION ALLOWED
U.S. DISTRICT JUDGE 3/24/03

Now come the defendants, Jonathan Dickerson, Albert Winters and Loretta B. Schaefer,

as they are the duly elected Board of Selectmen of the Town of Marion and C. Robert Davis, as

he is the duly appointed Fire Chief of the Town of Marion, and Town of Marion (collectively,

the "Town"), and hereby move pursuant to Fed.R.Civ.P. 6(b) to enlarge time in which to answer

or otherwise respond to the Complaint up to and including April 7, 2003. Counsel for plaintiff

has provided his assent to the motion.

As grounds therefor, the Town states that the requested enlargement was necessary to

allow the defendants time to respond to the Complaint and resolve insurance coverage of the

claims therein.

WHEREFORE, the Town respectfully requests that this Court grant its motion to enlarge time to file an answer or otherwise respond to the Complaint in the above-captioned action until April 7, 2003.

DEFENDANTS,

By their attorneys,

David C. Jenkins (BBO# 251000)
Elizabeth R. Corbo (BBO# 640131)
Kopelman and Paige, P.C.
 Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

ASSENTED TO:

Robert H. Clewell (BBO#086680)
Neil Rossman (BBO#430620)
Rossman, Rossman & Eschelbacher
Marketplace Center - North
200 State Street
Boston, MA 02109
(617) 439-9559

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 5/20/03

185719/METG/0001

2